# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 14, 2024 through November 29, 2024

Account Number: 000000681 1659



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00022190 DRE 001 142 33924 NNNNNNNNNNN T 1 000000000 D7 0000
GA VIEWS MANAGEMENT, LLC
DEBTOR IN POSSESSION CASE NO 24-00339
3105 MOUNT PLEASANT ST NW STE 100
WASHINGTON DC 20010-2709

## CHECKING SUMMARY

Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 7 | 44,079.70 |
| Checks Paid | 5 | -5,131.74 |
| Electronic Withdrawals | 1 | -136.38 |
| Ending Balance | 13 | $38,811.58 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/14 | Transfer From Chk Xxxxx7534 | $13,958.15 |
| 11/27 | Deposit   1243547074 | 23,571.55 |
| 11/29 | Zelle Payment From Jane Manwarring Bacsu1lglnla | 2,150.00 |
| 11/29 | Zelle Payment From Navaneeth Angari Baclfoipvny5 | 2,000.00 |
| 11/29 | Zelle Payment From Benjamin Mueller Pen0lrx2Svf6 | 1,500.00 |
| 11/29 | Zelle Payment From Benjamin Mueller Pen0lry37Hn9 | 600.00 |
| 11/29 | Zelle Payment From Navaneeth Angari Bacqkgu8Qj8R | 300.00 |
| **Total Deposits and Additions** | | **$44,079.70** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 3271 ^ | | 11/25 | $2,000.00 |
| 3272 ^ | | 11/27 | 2,010.81 |
| 3273 | Orig CO Name:Verizon Financia    Orig ID:7204096069 Desc Date:241125 CO Entry Descr:Payments  Sec:Arc Trace#:031000035509212 Eed:241126  Ind ID:3273   Ind Name:1571408120001 Trn: 3315509212Tc | 11/26 | 331.80 |
| 3274 | Orig CO Name:Verizon Financia    Orig ID:7204096069 Desc Date:241125 CO Entry Descr:Payments  Sec:Arc Trace#:031000035509214 Eed:241126  Ind ID:3274   Ind Name:9572354510001 Trn: 3315509214Tc | 11/26 | 185.38 |

# CHASE

November 14, 2024 through November 29, 2024

Account Number: ███████1659

## CHECKS PAID | (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 3276 *^ | 11/22 | 11/22 | 603.75 |// 
| **Total Checks Paid** | | | **$5,131.74** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26 | Orig CO Name:Deluxe Bus Sys.    Orig ID:1411877307 Desc ███:241125 CO Entry Descr:Bus Prods Sec:CCD    Trace#:████████0996 Eed:241126   Ind ID:17358542 Ind Name:Hector Rodriguez Trn: ████████████ | $136.38 |
| **Total Electronic Withdrawals** | | **$136.38** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/14 | $13,958.15 |
| 11/22 | 13,354.40 |
| 11/25 | 11,354.40 |
| 11/26 | 10,700.84 |
| 11/27 | 32,261.58 |
| 11/29 | 38,811.58 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $0.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 6 |
| Deposits / Credits | 2 |
| Deposited Items | 1 |
| **Total Transactions** | **9** |



November 14, 2024 through November 29, 2024

Account Number: ▮▮▮▮▮▮▮▮1659

## SERVICE CHARGE DETAIL

| DESCRIPTION<br>Your Product Includes: | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **ACCOUNT** ▮▮▮▮▮▮▮▮1659 | | | | | |
| Waived Monthly Service Fee | 0 | | | $30.00 | $0.00 |
| Transactions | 9 | 0 | 9 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$0.00** |
| **Other Fees** | | | | | |
| Electronic Credits | 1 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 8 | 250 | 0 | $0.40 | $0.00 |
| **Total Service Charge** | | | | | **$0.00** |
| **ACCOUNT** ▮▮▮▮▮▮▮▮1659 | | | | | |
| Electronic Credits | 1 | | | | |
| Non-Electronic Transactions | 8 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit<sup>SM</sup> are based on previous month activity.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC





November 14, 2024 through November 29, 2024

Account Number: 00000006812 1659

This Page Intentionally Left Blank