# GA VIEWS MANAGEMENT LLC
## Balance Sheet
### As of November 30, 2024

|  | Nov 30, 24 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| JPMORGAN CHASE BANK 1659 | 38,690.49 |
| **Total Checking/Savings** | 38,690.49 |
| **Total Current Assets** | 38,690.49 |
| **Fixed Assets** | |
| Leasehold Improvements | 15,500.00 |
| Land | 1,200,000.00 |
| **Total Fixed Assets** | 1,215,500.00 |
| **Other Assets** | |
| **Soft Cost** | |
| Advertising and Marketing | 292.08 |
| Title Fees | 30,117.00 |
| Broker Fees | 201,708.00 |
| Inspection Fees | 58,695.00 |
| Architectural Designs | 141,918.57 |
| MEP | 32,505.32 |
| Civil Engineering Designs | 18,033.51 |
| Structural Engineer | 9,996.48 |
| Construction Manager | 69,107.05 |
| Permit / Third Party Expeditor | 16,670.87 |
| Insurance | 247,470.68 |
| Legal Corporate | 26,267.50 |
| Legal / Closing Fees | 90,202.09 |
| Legal - Zoning | 45,458.00 |
| Permit Fees | 102,421.34 |
| Printing & Reproduction | 929.50 |
| Loan Application Fees | 147,734.10 |
| Appraisals | 16,425.00 |
| Title Insurance | 19,460.92 |
| Real Estate Taxes | 244,681.98 |
| Goverment and Transfer Charges | 64,226.25 |
| Additional Settlement Charges | 356,316.83 |
| Consulting/Legal | 113,787.39 |
| Loan Interest | 3,842,006.96 |
| Contingency | 800.00 |
| Other Permit Fees | 6,892.83 |
| Loan Origination Fees | 179,659.00 |
| Development Fees | 48,800.10 |
| **Total Soft Cost** | 6,132,584.35 |
| **Construction Work In Progress** | 6,444,889.43 |
| **Pre-Construction costs** | |
| Site Maintenance. | 1,048,349.09 |
| **Total Pre-Construction costs** | 1,048,349.09 |
| **Total Other Assets** | 13,625,822.87 |
| **TOTAL ASSETS** | **14,880,013.36** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Stoiber Associates Architecture | -10.00 |
| **Total Accounts Payable** | -10.00 |

# GA VIEWS MANAGEMENT LLC
## Balance Sheet
### As of November 30, 2024

|  | Nov 30, 24 |
|---|---:|
| **Credit Cards** | |
|     Credit Card Pyment | -1,045.02 |
| **Total Credit Cards** | -1,045.02 |
| **Other Current Liabilities** | |
|     Security Deposits | 34,935.00 |
|     Accrued Interest Payable | 322,528.11 |
| **Total Other Current Liabilities** | 357,463.11 |
| **Total Current Liabilities** | 356,408.09 |
| **Long Term Liabilities** | |
|   Notes Payable | |
|     Parkview Financial REIT LP | 7,200,000.00 |
| **Total Notes Payable** | 7,200,000.00 |
| **Total Long Term Liabilities** | 7,200,000.00 |
| **Total Liabilities** | 7,556,408.09 |
| **Equity** | |
|   Partner Investment | |
|     Rafael Rodriguez | 2,918,650.18 |
|     Solutions Enterprises LLC | 1,870,065.00 |
|     Hector Rodriguez | 2,709,216.30 |
| **Total Partner Investment** | 7,497,931.48 |
|   Members' Draws | -118,939.57 |
|   Opening Balance Equity | 13,958.15 |
|   Retained Earnings | -298,312.89 |
|   Net Income | 228,968.10 |
| **Total Equity** | 7,323,605.27 |
| **TOTAL LIABILITIES & EQUITY** | **14,880,013.36** |