## Breakdown for Section 2. Summary of Cash Activity for All Accounts:

|  | Chase |
|---|---|
| Beg Bal | - |
| Deposits | 44,079.70 |
| Withdrawal | (5,131.74) |
| Fee | (136.38) |
| Ending Balance | 38,811.58 |
| Ending Balance per Profit and Loss | (38,690.49) |
| Variance | 121.09 Var |

| Federal Navy - 5130 | Federal Navy - 0440 | Federal Navy - 0457 | Total |
|---|---|---|---|
| 12,644.15 | 295.23 | 287.86 | 13,227.24 |
| 11,344.82 | 23,276.32 | 0.03 | 78,700.87 |
| (23,988.97) | (23,571.55) | (287.89) | (52,980.15) |
| | | | (136.38) |
| - | - | - | **38,811.58** |

riance represent check #3275 in transit