The order below is hereby signed.

Signed: January 22 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| GA VIEWS MANAGEMENT, LLC, | ) Case No. 24-00339-ELG |
| Debtor. | ) |

**ORDER AND NOTICE OF EXPEDITED HEARING**

IT IS ORDERED and NOTICE IS HEREBY GIVEN that a hearing on PV Georgia Views LLC's *Motion for Relief from Stay* (Doc No. 57) (the "Motion") shall be held on **January 29, 2025 at 12:00 p.m. ET**. The hearing will be held in Courtroom 1, United States Courthouse, 333 Constitution Avenue, NW, Washington, DC 2001 and by Zoom for Government. Parties should contact Aimee Matthewes (gunn_hearings@dcb.uscourts.gov) for Zoom information and should familiarize themselves with General Order 2023-01, Order Establishing Hearing Protocols Before Judge Gunn.

If you do not want the Court to grant the Motion or if you want the Court to consider your views on the Motion, then on or before January 27, 2025, at 4:00 p.m. ET, you or your attorney must file with the Court a written response to the Motion at:

U.S. Bankruptcy Court, District of Columbia
Clerk's Office
333 Constitution Avenue, N.W.
Washington, DC 20001

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.  You must also send a copy to:

| | |
|---|---|
| James E. Van Horn<br>Barnes & Thornburg LLP<br>555 12th Street, NW, Suite 1200<br>Washington, D.C. 20004<br>JVanHorn@btlaw.com | Brett Weiss<br>The Weiss Law Group, LLC<br>8843 Greenbelt Road, Box 299<br>Greenbelt, MD 20770<br>brett@bankruptcylawmaryland.com |
| Lisa Wolgast<br>Barnes & Thornburg LLP<br>3340 Peachtree Road, NE,<br>Suite 2900<br>Atlanta, GA 30326-1092<br>Lisa.Wolgast@btlaw.com | Kristen S. Eustis<br>Office of the U.S. Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314<br>Kristen.S.Eustis@usdoj.gov |

Movant's counsel shall serve a copy of the Motion and this Order on counsel for Debtor and on the United States Trustee via email or other method to ensure receipt prior to the hearing and shall file a certificate of such service.

I ASK FOR THIS:

/s/ James Van Horn
BARNES & THORNBURG LLP
James E. Van Horn
D.C. Bar No. 999859
JVanHorn@btlaw.com
555 12th Street, NW, Suite 1200
Washington, D.C. 20004
Counsel for PV Georgia Views LLC

[END OF ORDER]