**THE WEISS LAW GROUP, LLC**
Brett Weiss (#A404420)
8843 Greenbelt Road, Box 299
Greenbelt, Maryland 20770
Telephone:    (301) 924-4400
Facsimile:    (240) 627-4186
brett@BankruptcyLawMaryland.com

*Counsel to the Debtor and the Debtor-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**GA VIEWS MANAGEMENT, LLC,**<br><br>    *Debtor.*<br>———————————————<br>**PV GEORGIA VIEWS, LLC,**<br><br>    *Movant,*<br><br>*vs.*<br><br>**GA VIEWS MANAGEMENT, LLC,**<br><br>    *Respondent.* | Bankruptcy No. 24-00339 ELG<br><br>Chapter 11 |

### DEBTOR'S OPPOSITION TO PV GEORGIA VIEWS, LLC'S
### MOTION TO LIFT THE AUTOMATIC STAY

    **NOW COMES** GA Views Management, LLC, the Debtor and Debtor-in-Possession, by Counsel The Weiss Law Group, LLC, and Brett Weiss, and opposes the Motion to Lift the Automatic Stay (the "Motion") filed by PV Georgia Views, LLC, and in response to each of the numbered paragraphs of the Motion, states:

1.      The allegations in Paragraphs 1, 2, 3, and 4 are admitted.

2.      The allegation in Paragraph 5 is denied. The District of Columbia has a first-priority security interest in the Property for property taxes.

3.      The allegations in ¶¶ 6, 7, 8, and 9 are admitted.

4.      The allegations in ¶¶ 10, 11, 12, and 13 are admitted.

5.      The document referenced in the allegations in ¶¶ 14 and 15 and references to the court docket speaks for itself, and does not require admission or denial.

6.      The allegations in ¶¶ 16 and 17 are admitted.

7.      Current counsel not having been retained at the time or present for or a party to the referenced hearing and communications, the Debtor is unable to admit or deny the allegations in ¶¶ 18, 19, 20, and 21.

8.      The allegations in ¶¶ 22, 23, and 24 are admitted.

9.      The document referenced at ¶ 25 speaks for itself, and does not require admission or denial.

10.     Debtor admits that, as stated in ¶ 26, a hearing on the Movant's Comfort Order Motion was held on January 8, 2025.

11.     The document referenced in ¶ 27 speaks for itself, and does not require admission or denial.

12.     The allegations in ¶ 28, while correct as of the date of the Motion, are not correct and are denied as of the current date, as the parties have entered into a Second Interim Consent Cash Collateral Order.

13.     The documents referenced in ¶¶ 29, 30, 31, 32, 33, 34, 35, and 36 speak for themselves, and does not require admission or denial.

14.     The allegations in ¶¶ 37, 38, and 39 are denied.

15.     The allegations in ¶ 40 are statements of law that require neither admission or denial.

16.     The allegations in ¶ 41 are admitted.

17.     The allegations of ¶¶ 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, and 56 are denied.

18.     The allegations in ¶ 57 are statements of law that require neither admission or denial.

19.     The allegations of ¶¶ 58 and 59 are denied.

20.     The allegations in ¶ 60 are statements of law that require neither admission or denial.

21.     The allegations in ¶ 61 are denied.

22.     The allegations in ¶¶ 62, 63, and 64 are statements of law and/or argument that require neither admission or denial.

### Conclusion

Wherefore, the Motion having been fully answered, the Debtor requests that it be denied.

Date: January 27, 2025                         Respectfully Submitted,

                                              THE WEISS LAW GROUP, LLC


                                              By: _____/s/ Brett Weiss_____
                                                   BRETT WEISS

### CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

- Kristen S. Eustis    Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
- James Van Horn    jvanhorn@btlaw.com
- Lisa Wolgast    lisa.wolgast@btlaw.com, talia.wagner@btlaw.com

I hereby further certify that on the 27th day of January, 2025, a copy of the above pleading was also mailed first class mail, postage prepaid, to:

20 Largest Unsecured Creditors:

| Bonifacio Rivera | Cesar Rodriguez | DC Office of Tax Revenue |
|---|---|---|
| 13921 Westview Forest Dr | 3735 Airdire Ct | 1101 4th St SW #270 |
| Bowie, MD 20720 | Burtonsville, MD 20866 | Washington, DC 20024 |

| | | |
|---|---|---|
| Dolores Rodriguez<br>960 Randolph St NW<br>Washington, DC 20011 | Julio Rodriguez<br>4701 Rollingdale Way<br>Cap. Heights, MD 20743 | Rafael M. Rodriguez<br>3902 14th St NW #418<br>Washington, DC 20011 |
| Fanuel Roblero<br>3708 Cricket Ave<br>Dist. Heights, MD 20747 | Maria Ochoa de Arias<br>13104 Holdridge Road<br>Silver Spring, MD 20906 | Rafael Rodriguez<br>418 Buchanan St NW<br>Washington, DC 20011 |
| Fernando Martinez<br>3557 Georgia Ave. NW<br>Washington, DC 20010 | Mohameed Rasheed<br>3557 Georgia Ave NW<br>Washington, DC 20010 | Rafaela Rodriguez<br>Ahmad Kalala<br>418 Buchanan St NW<br>Washington, DC 20011 |
| Georgina Lavanderos<br>1724 Ladd St<br>Silver Spring, MD 20902 | Osmin Guardado<br>7102 Bridle Path Ln<br>Hyattsville, MD 20782 | Rocky Rosales<br>15571 Wheatfield Road<br>Woodbridge, VA 22193 |
| Idalina Rodriguez<br>3735 Aidire Ct<br>Burtonsville, MD 20866 | Paulo Deleon<br>3535 New Hamp. Ave NW<br>Washington, DC 20010 | Troun Dang<br>3557 Georgia Ave NW<br>Washington, DC 20010 |
| Internal Revenue Service<br>31 Hopkins Plaza<br>Baltimore, MD 21201 | | |

_____/s/ Brett Weiss_____
BRETT WEISS

THE WEISS LAW
GROUP, LLC
8843 GREENBELT RD. #299
GREENBELT, MD 20770
(301) 924–4400