## NOTICE OF FORECLOSURE SALE
(Pursuant to Public Law 90-566, approved)

**Square: 3033, Lot 0089**

TO:

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
GA Views Management, LLC
3105 Mt. Pleasant Street, NW, Suite 100
Washington, DC 20010

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Ralph Bernardo, Esq.
Household Title & Escrow, LLC
6550 Rock Springs Drive, Suite 290A
Bethesda, Maryland 20817

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
GA Views Management, LLC
c/o Registered Agents of America, Inc.
1201 Orange Street, Suite 600
Wilmington, Delaware 19801

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Executive Office of the Mayor
John A. Wilson Building
1350 Pennsylvania Ave, NW
Washington, D.C. 20004
Attn: Mayor Muriel Bowser

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Washington, D.C. Department of
Consumer & Regulatory Affairs
Office of Civil Infractions
1100 4th Street, NW
Washington, D.C. 20024

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
DC Government Office of Tax and Revenue
P.O. Box 37559
Washington, DC 20013

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
DC Government Office of Tax and Revenue
1101 4th Street SW
Washington, DC 20024
Attn: Malikh Prout

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Office of Attorney General for DC
400 6th Street, NW, 9th Floor
Washington, DC 20001
Attn: Nancy L. Alper, Esq.

**VIA EMAIL** (rafael@dynamericainc.com)
**AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Rafael Rodriguez, Jr.
13761 Travilah Road
Rockville, Maryland 20850

**VIA EMAIL** (miriameochoa@yahoo.com)
**AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Miriam Ochoa
4500 Connecticut Ave., NW, Unit 209
Washington, DC 20008

1

## NOTICE OF FORECLOSURE SALE
(Pursuant to Public Law 90-566, approved)

**Square: 3033, Lot 0089**

**VIA EMAIL (hdr67@hotmail.com)**
**AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Hector Rodriguez
1724 Ladd Street
Silver Spring, Maryland 20902

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Allen Susser, Esq.
Cohn Lifland Pearlman Herrmann & Knopf LLP
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07633

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
John P. Williams, Esq.
1010 Wisconsin Ave NW, Ste. 305
Washington, DC 20007

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Miriam Ochoa
3557 Georgia Avenue NW
Washington, DC 20011

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Solution Enterprises, LLC
3105 Mount Pleasant St NW
Washington, DC 20010

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Century 2 DC Properties LLC
336 W. Passaic Street, Suite 310
Rochelle Park, New Jersey 07622
Attn: David Hecht

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Louis Grimmelbein
1100 17th Street NW, Suite 1100
Washington, DC 20036

**VIA EMAIL (lawyer@brettweiss.com)**
**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Brett Weiss, Esq.
The Weiss Law Group, LLC
8843 Greenbelt Road, Box 299
Greenbelt, Maryland 20770

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Rafael Rodriguez
418 Buchanan St NW
Washington, DC 20011

FROM:   James E. Van Horn, Substitute Trustee
        Telephone: (202) 371-6351
        Address:   555 12th Street NW, Suite 1200
                   Washington, DC 20004

YOU ARE HEREBY NOTIFIED THAT TO SATISFY THE DEBT SECURED BY THE CONSTRUCTION DEED OF TRUST, SECURITY AGREEMENT, ASSIGNMENT OF RENTS AND FIXTURE FILING THE REAL PROPERTY HEREIN DESCRIBED WILL BE SOLD AT A FORECLOSURE SALE ON **MARCH 20, 2025 AT 1:30 P.M.** AT THE OFFICES OF ALEX COOPER AUCTIONEERS, 4910 MASSACHUSETTS AVENUE, N.A., #100, WASHINGTON, D.C. 20016.  THIS SALE DATE IS SUBJECT TO POSTPONEMENT FOR A PERIOD NOT TO

# NOTICE OF FORECLOSURE SALE
## (Pursuant to Public Law 90-566, approved)

### Square: 3033, Lot 0089

EXCEED THIRTY (30) CALENDAR DAYS FROM THE ORIGINAL DATE OF FORECLOSURE SALE, AFTER WHICH THIS NOTICE OF FORECLOSURE SHALL EXPIRE.

Security Instrument: Construction Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing from GA Views Management, LLC, a Delaware limited liability company ("Borrower") to PV Georgia Views LLC ("Lender"), as successor in interest to Parkview Financial REIT, LP, recorded in the District of Columbia at the Recorder of Deeds on February 28, 2020 as Instrument No. 2020028612, together with that certain UCC Financing Statement recorded as Instrument No. 2020028613 in aforesaid records (collectively, as amended, modified and/or assigned, the "Security Instrument").

MAKER OF THE NOTE SECURED BY THE INSTRUMENT:

GA Views Management, LLC
Telephone: N/A
Last Known Address: 3105 Mt. Pleasant Street, N.W., Suite 100
Washington, D.C. 20010

DESCRIPTION OF PROPERTY: Apartment Building

Address: 3557-3559 Georgia Avenue, N.W., Washington, D.C. 20010
Square: 3033, Lot 0089

HOLDER OF THE NOTE:

PV Georgia Views LLC
Telephone: (310) 996-8999
Address:    11601 Wilshire Boulevard, Suite 2100
Los Angeles, California 90025

| Principal Balance Due | $7,400,000.00 |
|---|---|
| Regular Interest | $853,952.15 |
| Default Interest | $618,722.22 |
| **TOTAL DUE** | **$8,872,674.37** |
| **Regular Interest Per Diem after February 11, 2025:** | **$2,118.99** |
| **Default Interest Per Diem after February 11, 2025:** | **$1,438.89** |

Foreclosure costs and attorney's fees are also due.

Minimum balance required to cure default obligations pursuant to D.C. Law 5-82: $8,872,674.37, plus non-default interest at the per diem rate of $2,118.99 and interest at the default interest rate

3

## NOTICE OF FORECLOSURE SALE
### (Pursuant to Public Law 90-566, approved)

**Square: 3033, Lot 0089**

of $1,438.89 after February 11, 2025 through the date of payment in full, plus attorney's fees and foreclosure costs.

NAME OF PERSON TO CONTACT TO STOP FORECLOSURE SALE:

James Van Horn, Substitute Trustee
Address: 555 12th Street, N.W., Suite 1200, Washington, D.C. 20004
Telephone: (202) 371-6351

[SIGNATURE ON FOLLOWING PAGE]

4

## NOTICE OF FORECLOSURE SALE
(Pursuant to Public Law 90-566, approved)

Square: 3033, Lot 0089

I HERBY CERTIFY that a Notice of Foreclosure Sale was sent to the present owner(s) of the real property encumbered by the deed of trust, mortgage, or other security instrument described above, by certified mail, return receipt requested on February 14, 2025; and I further certify that I understand that Public Law 90-566 prohibits any foreclosure sale under a power of sale provision contained in any deed of trust, mortgage, or other security instrument until after the owner(s) of the real property encumbered by the deed of trust, mortgage, or other security instrument has been given written notice of such sale, and the Recorder of Deeds, D.C. has received a copy of such notice at least thirty (30) days in advance of such sale.

This 14th day of February, 2025.

_____
James E. Van Horn, Substitute Trustee

I, _Sherry Santee Martin_, Notary Public in and for the District of Columbia, do hereby certify that James Van Horn, who is personally well known to me as a party to this Notice of Foreclosure Sale bearing on the _14th_ day of February, 2025, personally appeared before me and executed the Notice of Foreclosure Sale and acknowledged the same to be his act and deed.

Given under my hand and seal
This _14th_ day of February, 2025.

_____
Notary Public

My commission expires:
_September 30, 2027_

SHERRY SANTEE MARTIN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires September 30, 2027



5