**THE WEISS LAW GROUP, LLC**
Brett Weiss, #A404420
8843 Greenbelt Road, Box 299
Greenbelt, Maryland 20770
301-924-4400 Phone
240-627-4186 Fax
lawyer@brettweiss.com

*Attorney for Debtor and Debtor in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**GA VIEWS MANAGEMENT, LLC,**<br><br>    *Debtor.* | Case No. 24-00339 ELG<br><br>Chapter 11 |

| |
|---|
| **DEBTOR'S MOTION TO SHORTEN TIME TO RESPOND TO DEBTOR'S MOTION TO DISMISS AND TO EXPEDITE HEARING** |

**NOW COMES** Debtor, by and through above stated counsel, and hereby submits this Motion to Shorten Time to Respond to Debtor's Motion to Dismiss, and further seeks to expedite the hearing on the Motion to Dismiss. In support of this Motion, the Debtor respectfully states as follows:

### *Jurisdiction and Venue*

1.      This Court has jurisdiction over this Chapter 11 Case and this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Pursuant to 28 U.S.C. § 157(b)(2), this is a core proceeding. Venue is proper in this District pursuant to 28 U.S.C. § 1409 because the underlying bankruptcy case is pending in this court. To the extent this Court may lack the authority to enter a final judgment in this matter pursuant to the holdings in *Stern v. Marshall*, 564 U.S. 462, 131 S.Ct. 2594 (2011) and *Wellness International Network, Ltd. v.*

*Sharif,* 575 U.S. 665, 135 S. Ct. 1932 (2015), and pursuant to Rule 7008(a), the Debtor consents to this Court's entry of a final judgment.

2.  The statutory and legal predicates for the relief requested herein are sections 105(a) of the Bankruptcy Code, and LR 9013-2.

### *Parties*

3.  GA Views Management, LLC ("GA Views" or the "Debtor") is the debtor and debtor-in-possession herein.

4.  Kristen Eustis is the United States Trustee trial attorney in this case.

5.  PV Georgia Views, LLC ("PV") is a secured creditor holding a first lien on property of GA Views.

### *Background*

6.  On the Petition Date, October 9, 2024, GA Views filed a voluntary case under the Single Asset Real Estate (SARE) provisions of Chapter 11 of the Bankruptcy Code. No unsecured creditors' committee, trustee, or examiner has been appointed. The remainder of the background is as appears in the Debtor's Motion to Dismiss (the "Motion"), which is incorporated herein as if fully set forth.

### *Discussion*

The Movant requests that the Court shorten the time to object to the Motion in accordance with Local Bankruptcy Rule 9013-2 and for the reasons explained below. The Movant also requests that the Court set a hearing on the Motion on an expedited basis.

Title of Motion or Other Paper: **Motion to Dismiss**

Requested Objection Deadline: **Monday, February 24, 2025, at 4:00 p.m.**

Requested Hearing Date: **On an expedited basis as set by the Court**

Reasons for Request: As described in the Motion, dismissal of the within case is sought so that a new Chapter 11 case can be filed. Because the automatic stay was terminated, a foreclosure has been filed against the Debtor's property at 3557-3559 Georgia Avenue, N.W., Washington, DC 20010 (the "Property"), which sale has been scheduled for March 20, 2025.

Were the normal 21-day response period to apply, any opposition to the Motion would be due by March 11, 2025, with a hearing set sometime thereafter. This will cause Debtor extreme difficulties, as once the Property would go to foreclosure, there would be no assets of significance with which to reorganize.

Parties affected by the relief requested in the Motion or Other Paper: **All Creditors; Debtor**

I hereby certify that the reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

### *Conclusion*

**WHEREFORE,** the Debtor respectfully requests that the Court enter an order granting the relief requested herein and such other and further relief as is just and proper.

Date: February 19, 2025                                         Respectfully Submitted,

                                                                                THE WEISS LAW GROUP, LLC

                                                                                By: _____/s/ Brett Weiss_____
                                                                                       BRETT WEISS

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of February, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

- Kristen S. Eustis    Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
- James Van Horn    jvanhorn@btlaw.com
- Lisa Wolgast    lisa.wolgast@btlaw.com, talia.wagner@btlaw.com

I hereby further certify that on the 19th day of February, 2025, a copy of the above pleading was also mailed first class mail, postage prepaid, to:

20 Largest Unsecured Creditors:

| Bonifacio Rivera | Cesar Rodriguez | DC Office of Tax Revenue |
|---|---|---|
| 13921 Westview Forest Dr | 3735 Airdire Ct | 1101 4th St SW #270 |
| Bowie, MD 20720 | Burtonsville, MD 20866 | Washington, DC 20024 |

Dolores Rodriguez
960 Randolph St NW
Washington, DC 20011

Fanuel Roblero
3708 Cricket Ave
Dist. Heights, MD 20747

Fernando Martinez
1018 Chiswell Lane,
Silver Spring MD 20901

Georgina Lavanderos
1724 Ladd St
Silver Spring, MD 20902

Idalina Rodriguez
3735 Aidire Ct
Burtonsville, MD 20866

Internal Revenue Service
31 Hopkins Plaza
Baltimore, MD 21201

Julio Rodriguez
4701 Rollingdale Way
Cap. Heights, MD 20743

Maria Ochoa de Arias
13104 Holdridge Road
Silver Spring, MD 20906

Mohameed Rasheed
4708 Leighfield Valley Dr
Chantilly, VA 20151

Osmin Guardado
7102 Bridle Path Ln
Hyattsville, MD 20782

Paulo Deleon
3535 New Hampshire Ave NW
Washington, DC 20010

Rafael M. Rodriguez
3902 14th St NW #418
Washington, DC 20011

Rafael Rodriguez
418 Buchanan St NW
Washington, DC 20011

Rafaela Rodriguez
Ahmad Kalala
418 Buchanan St NW
Washington, DC 20011

Rocky Rosales
15571 Wheatfield Road
Woodbridge, VA 22193

Troun Dang
3557 Georgia Ave NW
Washington, DC 20010

_____/s/ Brett Weiss_____
BRETT WEISS

THE WEISS LAW
GROUP, LLC
8843 GREENBELT RD. #299
GREENBELT, MD 20770
(301) 924–4400

– 4 –