**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| GA VIEWS MANAGEMENT, LLC | )  Case No. 24-00339-ELG |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF COMPLETION OF FORECLOSURE SALE**

PV Georgia Views LLC ("Lender") hereby provides notice to the Court and parties in interest that, on June 5, 2025, Debtor GA Views Management, LLC's property, which secured the amounts owed by Debtor to Lender was sold at foreclosure sale. Lender was the highest bidder and purchased the property at the foreclosure sale.

Respectfully submitted, this 18th day of June, 2025

By: */s/ James Van Horn* _____
James E. Van Horn
D.C. Bar No. 999859
JVanHorn@btlaw.com
BARNES & THORNBURG LLP
555 12th Street, NW, Suite 1200
Washington, D.C. 20004
Phone: (202) 371-6351

*s/ Lisa Wolgast* _____
Lisa Wolgast (admitted *pro hac*)
Georgia Bar No.: 773399
Lisa.Wolgast@btlaw.com
BARNES & THORNBURG LLP
3340 Peachtree Road, NE
Suite 2900
Atlanta, GA 30326-1092
Phone: (470) 832-7537

*Attorneys for PV Georgia Views LLC*

1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| GA VIEWS MANAGEMENT, LLC | )   Case No. 24-00339-ELG |
| | ) |
| Debtor. | ) |
| | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, I filed a true and correct copy of the foregoing Notice with the United States Bankruptcy Court for the District of Columbia using the Court's CM/ECF system, which will serve notice of such filing to all counsel of record and via first class mail with postage pre-paid to the annexed mailing list.

Dated: June 18, 2025

    By: */s/ James Van Horn*
    James E. Van Horn