The order below is hereby signed.

Signed: July 9 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| In re: **GA VIEWS MANAGEMENT, LLC,** *Debtor.* | Case No. 24-00339 ELG<br><br>Chapter 11 |
|---|---|
| **ORDER GRANTING DEBTOR'S CONSENT MOTION TO DISMISS** ||

Having considered the Debtor's Consent Motion to Dismiss, and it appearing that cause exists to grant the relief requested, it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED** that the Motion to Dismiss is Granted; and it is further

**ORDERED** that the within case is dismissed.

Seen and Consented To:

THE WEISS LAW GROUP, LLC

By: ___/s/ Brett Weiss_____
    Brett Weiss, A404420
    8843 Greenbelt Road, Suite 299
    Greenbelt, Maryland 20770
    (301) 924-4400
    lawyer@brettweiss.com

*Counsel for the Debtor*

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By: ___/s/ Kristen S. Eustis_____
    Kristen S. Eustis, MD28984
    Trial Attorney
    Office of the United States Trustee
    1725 Duke Street, Suite 650
    Alexandria, Virginia 22314
    (703) 557-7227
    kristen.s.eustus@usdoj.gov

BARNES & THORNBURG LLP

By: /s/ James E. Van Horn
    James E. Van Horn
    DC Bar No. 999859
    Barnes & Thornburg LLP
    555 12th Street, NW, Suite 1200
    Washington, DC 20004
    jvanhorn@btlaw.com


By: /s/ Lisa Wolgast
    Lisa Wolgast (admitted pro hac)
    3340 Peachtree Road NE, Suite 2900
    Atlanta, Georgia 30326
    lwolgast@btlaw.com

*Counsel for PV Georgia Views LLC*

cc:    Debtor
       Debtor's Counsel
       United States Trustee
       All Creditors

                        END OF ORDER